UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

RE: ALEJANDRO A RANDAZZO                    CASE NUMBER: 26-15061 PDR

## TRUSTEE'S NOTICE OF DEFICIENCY AND RECOMMENDATION
(If this case is dismissed, this deficiency is an objection to reinstatement)

The Trustee has found the following deficiencies from the Trustee's letter or requirements under the Bankruptcy Code and Rules. *The Trustee reserves the right to raise additional objections until ALL DOCUMENTS are provided to the Trustee and ALL ISSUES ARE RESOLVED.* **See Court's Notice of Commencement, Clerk of Court website flsb.uscourts.gov, and Trustee's website CH13miami.com for information, forms, and procedures.**

> **WARNING**: All written responses or documents must be received through BKDOCS.US or filed with the Clerk by 5pm at least 15 days prior to the first confirmation hearing or the agreed deadline if confirmation is continued. Pro Se debtors may fax documents to 954-443-4452. Failure to timely provide documents may result in dismissal of this case at the confirmation hearing. If debtor's or creditor's counsel object to the Trustee's recommendation, they must pre-call with the Trustee's Staff Attorney to resolve everything **THE THURSDAY PRIOR TO THE HEARING**. A final calendar will be published with any updated recommendation the day before the hearing on the front page of the Trustee's website.
> **RECOMMENDATIONS ARE CHANGED UPON REVIEW OF DOCUMENTS NOT RECEIPT:**
> THE DEBTOR'S ATTORNEY OR SELF REPRESENTED DEBTOR MUST APPEAR AT THE CONFIRMATION HEARING OR THE CASE MAY BE DISMISSED

TRUSTEE'S RECOMMENDATION FOR CONFIRMATION          LAST REVIEWED: **7/17/2026**

**Plan served  5/14**                                      **Objection to Exemption: TBE**
**If debtor's counsel appears, confirms service, agrees to vesting and the recommendation on the record:**
Debtor to file or provide written explanation and evidence at least 15 days prior to the first confirmation hearing:
*I Documents required prior to the Trustee conducting or concluding the meeting of creditors:*
*(Trustee reserves the right to recall meeting of creditors until all documents in this section are provided and reviewed):*

☒   Corporate tax returns: **2025-2024 (Cafe Mahalo LLC) (Hangeleven LLC) (Dax International Brokers, INC)( DAX MARKETING LLC)**

☒   Bank Account Statements: ☒ 3 months pre-petition (ending on the date of the petition): **Crypto Currency account (1/22-4/22/26)**

   From Bank Statements:
   ☐   Copy of check(s) and explanation/evidence of use over $999.99:
   ☒   Explanation of withdrawal/debit/transfer and evidence of use over $999.99: **#2645 02/04 $4749.38 03/05 $4439.76 #8035 01/30 $9000 02/09 $10000 #8786 03/10 $7391.62 04/10 $7391.62 #0647 2/10 $6023.76 02/17 $1000 02/23 $1000 03/23 $1000 04/21 $1000**

☒   Domestic Support Obligation form (complete with name, address, and phone number)

*II Plan issues to resolve prior to the confirmation hearing:*

☐   Attorney fee itemization or Fee Application needed (see court guideline 6)
☐   2016(b) and Plan do not match
☐   Motion in plan not filed:  ☐ MMM ☐ Valuation ☐ Lien Avoidance Motion ☐ SLP Notice and/or Motion
☒   Plan does not fund properly: **Months 1-60**

*I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.*

Submitted by: *NANCY K. NEIDICH, ESQ*
*STANDING CHAPTER 13 TRUSTEE*
*P.O. BOX 279806, MIRAMAR, FL 33027*
*(954) 443-4402*

☐   Amend Plan to include in other provisions: ☐ IVL (Miami) ☐100% ☐ Lawsuit ☐ Gambling ☐ MMM

☐   Plan does not disclose treatment of all Sch D, E or G creditors**:**

☐   Creditor in Plan is not listed in Schedules or has not filed a POC**:**

☐   Creditor paid through the Plan has not filed a POC**:**

☒   Object or Conform to Proof of Claim**: POC 1 (BIFURCATED)**

    ☒ IRS**2025 TAX ESTIMATED** ☐ Miami-Dade County ☐ Tax Certificate (DE# _ ) ☐ Dept of Revenue

☒   Amend Plan to include and/or to correct the court claim # for creditor in Section(s)**: III.E.1 III.E.2**

☐   OTHER PLAN ISSUES**:**

☒   Ch 7 is **$482,175.10** may increase until all documents received and reviewed

☐   Good faith payment to unsecured creditors

☐   100% Plan issue with filed claims

### *III Documents required prior to the confirmation hearing:*

Debtor has a business or self-employed**: Cafe Mahalo LLC**
    ☒ BDQ-Updated 4.3.2024 version complete with all questions answered or 1099 Affidavit
    ☒ Profit/Loss ☒ Balance Sheet ☐ Inventory ☐ Other**:**
    ☒ Business Bank statements and checks: ☒ 3 months pre-petition (ending on the date of the petition)**:#5775 (01/22/26-03/31/26)**

Debtor has a business or self-employed**: Hangeleven LLC**
    ☒ BDQ-Updated 4.3.2024 version complete with all questions answered or 1099 Affidavit
    ☒ Profit/Loss ☒ Balance Sheet ☐ Inventory ☐ Other**:**
    ☐ Business Bank statements and checks: ☐ 3 months pre-petition (ending on the date of the petition)**:**

Debtor has a business or self-employed**: Dax Holdings INC**
    ☒ BDQ-Updated 4.3.2024 version complete with all questions answered or 1099 Affidavit
    ☒ Profit/Loss ☒ Balance Sheet ☒ Payoff of any liens on 19380 Collins #119)
    ☒ Business Bank statements and checks: ☒ 3 months pre-petition (ending on the date of the petition)**:**

Debtor has a business or self-employed**: Dax International Brokers, INC filed Chapter 11**
    ☒ BDQ-Updated 4.3.2024 version complete with all questions answered or 1099 Affidavit
    ☒ Profit/Loss ☒ Balance Sheet ☐ Inventory ☐ Other**:**
    ☒ Business Bank statements and checks: ☒ 3 months pre-petition (ending on the date of the petition)**:**

Debtor has a business or self-employed**: Dax Group Corp.**
    ☒ BDQ-Updated 4.3.2024 version complete with all questions answered or 1099 Affidavit
    ☒ Profit/Loss ☒ Balance Sheet ☐ Inventory ☐ Other**:**
    ☒ Business Bank statements and checks: ☒ 3 months pre-petition (ending on the date of the petition)**:**

Debtor has a business or self-employed**: DAX FRANCHISE LLC**
    ☒ BDQ-Updated 4.3.2024 version complete with all questions answered or 1099 Affidavit
    ☒ Profit/Loss ☒ Balance Sheet ☐ Inventory ☐ Other**:**
    ☒ Business Bank statements and checks: ☒ 3 months pre-petition (ending on the date of the petition)**:**
Debtor has a business or self-employed**: DAX MARKETING LLC**
    ☒ BDQ-Updated 4.3.2024 version complete with all questions answered or 1099 Affidavit
    ☒ Profit/Loss ☒ Balance Sheet ☐ Inventory ☐ Other**:**
    ☒ Business Bank statements and checks: ☒ 3 months pre-petition (ending on the date of the petition)**:**

☒ From Business Bank Account Statements:  Copy of check(s) and explanation/evidence of use over $999.99**: #1544 All over $999.99 #7069 02/02 chk 236 $8000 02/10 chk 237 $1000 02/26 chk 238 $14000 #7069 All over $999.99**

☒ From Business Bank Account Statements:  Explanation of withdrawal/debit/transfer and evidence of use over $999.99**: #5806 03/02 $2500 #1544 All over $999.99 #7069 All over $999.99 #7398 03/17 $28,133.95 04/02 $22,374.57 04/07 $43,936.84 04/20 $21,644.57 #8406 03/02 $2338.37 04/01 $1197.70 04/17 $1140.60**

☒ LF 76 (Attorney Compliance with Claims Review) Bar Date**:07/01/2026**

☒ Other**: Amend sch A/B to disclose acct #5806 #8406 #1544 #1968 #7398 #8976 as per statements received.**

*Legal issues to resolve prior to the confirmation hearing (reviewed at 341):*

☒ Proof of household size (government ID w/ address) and income of all adults disclosed on Sch J and CMI (taxes filed as single with one dependent)

☒ Object to Schedule J Expenses: but 100% plan or over median

☒ Plan does not pay debtor's calculation of disposable income CMI/DI **$15,676.34**  x 60 = $**940,580.40**

☒ Trace $450,000 from 1/8/2026 from sale of house

☒ Provide information on preference payments to Amez for $28,880.46 during preference period (provide bills and proof of payments)

☒ Info on transfer SOFA _____ undisclosed_____    ☒ provide Tolling Agreement(s) $20,000 payment to wife, $14,000 to son,

**Trustee reserves right to Recall for additional reasons**

☐ *If 100% language is removed, Debtor to provide documents/resolve issues on all prior deficiencies contemporaneously with filing of amended plan and Trustee reserves the right to recall the meeting of creditors.*

☐ **Documents not provided at least 7 days prior to 341 meeting; additional proof and information may be necessary. Trustee reserves the right to recall the meeting of creditors as documents were not timely provided.**

**CERTIFICATE OF SERVICE**
**A true and correct copy of the foregoing document was served through NEF on the debtor's attorney (or if the debtor is proceeding pro se by U.S. First Class Mail) on the same day that the document was filed with the Court.**

**Submitted by:**

**Nancy K. Neidich, Esq.**
**Standing Chapter 13 Trustee**
**P.O. Box 279806**
**Miramar, FL 33027**
**Phone: (954) 443-4402**

| Property Description | Value | Lien | Exemption | Equity |
|---|---|---|---|---|
| *311 Poinciana Island Dr Suite 801* | $ 1,200,000.00 | $ 1,258,895.00 | $ 1,200,000.00 | $ - |
| *2010 Harley-Davidson FLSTF* | $ 5,387.00 | $ - | $ - | $ 5,387.00 |
| *1978 Honda* | $ 525.63 | $ - | $ - | $ 525.63 |
| *1977 IH Scout Terra* | $ 5,000.00 | $ - | $ 5,000.00 | $ - |
| *2007 Yamaha XF50* | $ 250.00 | $ - | $ - | $ 250.00 |
| *2015 Ducati Scrambler* | $ 2,500.00 | $ - | $ - | $ 2,500.00 |
| *2019 Jetsurf USA LTD* | $ 1,699.75 | $ - | $ - | $ 1,699.75 |
| *2016 Thunderbird Products* | $ 191,108.37 | $ 223,206.00 | $ - | $ - |
| 6. Household goods | $ 1,500.00 | | $ 1,000.00 | $ 500.00 |

| | | | | |
|---|---|---|---|---|
| 7. Electronics | $ 2,000.00 | | | $ 2,000.00 |
| 11. Clothing | $ 60.00 | | | $ 60.00 |
| 12. Jewelry (provide inventory) | $ 3,000.00 | | | $ 3,000.00 |
| 16.  Cash | $ 20.00 | | | $ 20.00 |
| #8786 | $ 563.45 | | | $ 563.45 |
| #2645 | $ 300.13 | | | $ 300.13 |
| #8035 | $ 140,171.06 | | | $ 140,171.06 |
| #0647 | $ 738.21 | | | $ 738.21 |
| #0230 | $ 1,176.31 | | | $ 1,176.31 |
| #9466 | $ 2,215.88 | | | $ 2,215.88 |
| #0253 | $ 1,968.14 | | | $ 1,968.14 |
| #1856 | $ 4,500.49 | | | $ 4,500.49 |
| #7069 | $ | | | UNKNOWN |
| #5775 | $ | | | UNKNOWN |
| 19.Cafe Mahalo, LLC | $ 9,976.05 | | | $ 9,976.05 |
| 19. Dax Holding (19380 Collins #119) | $ 220,660.00 | | | $ 220,660.00 |
| 28. Tax refunds/EIC | $ 3,963.00 | | | $ 3,963.00 |
| 30. Other amounts owed | $ 80,000.00 | | | $ 80,000.00 |
| | | | | $482,175.10 |