UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION


RE: ALEJANDRO A RANDAZZO                    CASE NUMBER: 26-15061 PDR

**TRUSTEE'S NOTICE OF DEFICIENCY AND RECOMMENDATION**
(If this case is dismissed, this deficiency is an objection to reinstatement)

The Trustee has found the following deficiencies from the Trustee's letter or requirements under the Bankruptcy Code and Rules. *The Trustee reserves the right to raise additional objections until ALL DOCUMENTS are provided to the Trustee and ALL ISSUES ARE RESOLVED.* **See Court's Notice of Commencement, Clerk of Court website flsb.uscourts.gov, and Trustee's website CH13miami.com for information, forms, and procedures.**

---

**WARNING**: All written responses or documents must be received through BKDOCS.US or filed with the Clerk by 5pm at least 15 days prior to the first confirmation hearing or the agreed deadline if confirmation is continued. Pro Se debtors may fax documents to 954-443-4452. Failure to timely provide documents may result in dismissal of this case at the confirmation hearing. If debtor's or creditor's counsel object to the Trustee's recommendation, they must pre-call with the Trustee's Staff Attorney to resolve everything **THE THURSDAY PRIOR TO THE HEARING**. A final calendar will be published with any updated recommendation the day before the hearing on the front page of the Trustee's website. **RECOMMENDATIONS ARE CHANGED UPON REVIEW OF DOCUMENTS NOT RECEIPT:**
THE DEBTOR'S ATTORNEY OR SELF REPRESENTED DEBTOR MUST APPEAR AT THE CONFIRMATION HEARING OR THE CASE MAY BE DISMISSED

---

TRUSTEE'S RECOMMENDATION FOR CONFIRMATION          LAST REVIEWED: **7/28/2026**


**Plan served  5/14**                                    *Objection to Exemption: TBE*
**If debtor's counsel appears, confirms service, agrees to vesting and the recommendation on the record:**
**Continue to 9/8**:
**Due on or before 8/11:** 1) Amend plan to properly fund months 1-60, 2) Amend plan to pay CMI/DI of $940,580.40, or if proven to be less, amend plan to pay CH7 of $482,175.10, 3) Object or conform to POC No. 1 (estimated claim), 4) File revised LF76 (07/01/2026), 5) Provide evidence of household size (government ID w/ address) and income of all adults as Debtor files tax returns as single with only 1 dependent, 6) Provide trace and accounting of $450,000 received on 1/8/26 from sale of house, 7) Provide information on possible preference payments made to Amex for $28,880.46 – need bills and proof of payments made, 8) Provide Tolling Waiver from Debtor's wife for $20,000 payment, 9) Provide Tolling Waiver from Debtor's son for $14,000, 10) Provide copies of the following bank statements: Crypto Currency account (1/22-4/22/26), 11) Provide explanation and evidence of use of the following withdrawals: #2645 02/04 $4749.38 03/05 $4439.76, #8035 01/30 $9000 02/09 $10000, #8786 03/10 $7391.62 04/10 $7391.62, #0647 2/10 $6023.76 02/17 $1000 02/23 $1000 03/23 $1000 and 04/21 $1000, 12) Provide copies of the Debtor's 2025-2024 corporate tax returns for Cafe Mahalo, LLC., Hangeleven, LLC., Dax International Brokers, Inc., and DAX MARKETING LLC, 13) Provide completed BDQ, Profit/Loss, Balance Sheet along copies of the following bank statements: #5775 (01/22/26-03/31/26) for Café Mahalo, LLC., 14) Provide completed BDQ, Profit/Loss and Balance Sheet for Hangeleven LLC., 15) Provide copies of checks along with corresponding explanation and evidence of use for the following checks from #7069: 02/02 chk 236 $8000 02/10 chk 237 $1000 02/26 chk 238 $14000 and all others over $999.99, 16) Provide explanation and evidence of use of all withdrawals over $999.99 from #7069, 17) Provide completed BDQ, Profit/Loss, Balance Sheet and copies of 3 months pre-petition bank statements for Dax Holdings, Inc., along with the payoff of any liens on 19380 Collins #119, 18) Provide explanation and evidence of use of the following withdrawals from #5806: 03/02 $2500, 19) Provide completed BDQ, Profit/Loss, Balance Sheet and copies of 3 months pre-petition bank statements for Dax International Brokers, Inc. (filed Chapter 11), 20) Provide copies of checks along with corresponding explanation and evidence of use of all

*I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.*

*Submitted by: NANCY K. NEIDICH, ESQ*
*STANDING CHAPTER 13 TRUSTEE*
*P.O. BOX 279806, MIRAMAR, FL 33027*
*(954) 443-4402*

withdrawals from #1544 over $999.99, 21) Provide explanation and evidence of use of the following withdrawals from #1544 for all withdrawals over $999.99 and from #8406: 03/02 $2338.37, 04/01 $1197.70 and 04/17 $1140.60, 22) Provide completed BDQ, Profit/Loss, Balance Sheet and copies of 3 months pre-petition bank statements for Dax Group Corp., 23) Provide explanation and evidence of use of the following withdrawals from #7398: 03/17 $28,133.95, 04/02 $22,374.57, 04/07 $43,936.84 and 04/20 $21,644.57, 24) Provide completed BDQ, Profit/Loss, Balance Sheet and copies of 3 months pre-petition bank statements for DAX FRANCHISE LLC. and 25) Provide completed BDQ, Profit/Loss, Balance Sheet and copies of 3 months pre-petition bank statements for DAX MARKETING LLC.

***Trustee will request dismissal on September chapter 13 calendar if deficiency is not addressed in its entirety.***

***\*\* Trustee notes any Amended Plans & COS filed MUST use the new local forms, effective 6/1/26 \*\****

| Property Description | Value | Lien | Exemption | Equity |
|---|---|---|---|---|
| *311 Poinciana Island Dr Suite 801* | $ 1,200,000.00 | $ 1,258,895.00 | $ 1,200,000.00 | $ - |
| *2010 Harley-Davidson FLSTF* | $ 5,387.00 | $ - | $ - | $ 5,387.00 |
| *1978 Honda* | $ 525.63 | $ - | $ - | $ 525.63 |
| *1977 IH Scout Terra* | $ 5,000.00 | $ - | $ 5,000.00 | $ - |
| *2007 Yamaha XF50* | $ 250.00 | $ - | $ - | $ 250.00 |
| *2015 Ducati Scrambler* | $ 2,500.00 | $ - | $ - | $ 2,500.00 |
| *2019 Jetsurf USA LTD* | $ 1,699.75 | $ - | $ - | $ 1,699.75 |
| *2016 Thunderbird Products* | $ 191,108.37 | $ 223,206.00 | $ - | $ - |
| 6. Household goods | $ 1,500.00 | | $ 1,000.00 | $ 500.00 |
| 7. Electronics | $ 2,000.00 | | | $ 2,000.00 |
| 11. Clothing | $ 60.00 | | | $ 60.00 |
| 12. Jewelry (provide inventory) | $ 3,000.00 | | | $ 3,000.00 |
| 16. Cash | $ 20.00 | | | $ 20.00 |
| #8786 | $ 563.45 | | | $ 563.45 |
| #2645 | $ 300.13 | | | $ 300.13 |
| #8035 | $ 140,171.06 | | | $ 140,171.06 |
| #0647 | $ 738.21 | | | $ 738.21 |
| #0230 | $ 1,176.31 | | | $ 1,176.31 |
| #9466 | $ 2,215.88 | | | $ 2,215.88 |
| #0253 | $ 1,968.14 | | | $ 1,968.14 |
| #1856 | $ 4,500.49 | | | $ 4,500.49 |
| #7069 | $ | | | UNKNOWN |
| #5775 | $ | | | UNKNOWN |
| 19.Cafe Mahalo, LLC | $ 9,976.05 | | | $ 9,976.05 |
| 19. Dax Holding (19380 Collins #119) | $ 220,660.00 | | | $ 220,660.00 |
| 28. Tax refunds/EIC | $ 3,963.00 | | | $ 3,963.00 |
| 30. Other amounts owed | $ 80,000.00 | | | $ 80,000.00 |
| | | | | **$482,175.10** |