UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

RE: ALEJANDRO A RANDAZZO CASE NUMBER: 26-15061 PDR

**TRUSTEE'S NOTICE OF DEFICIENCY AND RECOMMENDATION**
(If this case is dismissed, this deficiency is an objection to reinstatement)

The Trustee has found the following deficiencies from the Trustee's letter or requirements under the Bankruptcy Code and Rules. *The Trustee reserves the right to raise additional objections until ALL DOCUMENTS are provided to the Trustee and ALL ISSUES ARE RESOLVED.* **See Court's Notice of Commencement, Clerk of Court website flsb.uscourts.gov, and Trustee's website CH13miami.com for information, forms, and procedures.**

**WARNING**: All written responses or documents must be received through BKDOCS.US or filed with the Clerk by 5pm at least 15 days prior to the first confirmation hearing or the agreed deadline if confirmation is continued. Pro Se debtors may fax documents to 954-443-4452. Failure to timely provide documents may result in dismissal of this case at the confirmation hearing. If debtor's or creditor's counsel object to the Trustee's recommendation, they must pre-call with the Trustee's Staff Attorney to resolve everything **THE THURSDAY PRIOR TO THE HEARING**. A final calendar will be published with any updated recommendation the day before the hearing on the front page of the Trustee's website.
**RECOMMENDATIONS ARE CHANGED UPON REVIEW OF DOCUMENTS NOT RECEIPT:**
THE DEBTOR'S ATTORNEY OR SELF REPRESENTED DEBTOR MUST APPEAR AT THE CONFIRMATION HEARING OR THE CASE MAY BE DISMISSED

TRUSTEE'S RECOMMENDATION FOR CONFIRMATION LAST REVIEWED: **9/1/2026**

**3rd CONFIRMATION HEARING – PENDING OVER 4 MONTHS**
**Plan served 5/14**
**If debtor's counsel appears, confirms service, agrees to vesting and the recommendation on the record:**

**FINAL CONTINUANCE to 10/5 due on or before 9/15:** Remains unresolved from 7/6: 1) Amend plan to properly fund months 1-60, 2) Amend plan to pay CMI/DI of $940,580.40, or if proven to be less, amend plan to pay CH7 of $523,675.10 – includes $14K & $20K tolling waivers & $7,500 tolling waiver from daughter, 3) Object or conform to POC No. 1 (estimated claim), 4) File revised LF76 (07/01/2026), 5) Provide Tolling Waiver from Debtor's wife for $20,000 payment and **NEW ISSUES due on or before 9/15**: Provide tolling waiver for $7,500 gifted to daughter per letter of explanation received and Amend plan to increase amounts paid to the unsecured general creditors by $10,000 as Debtor is unable to substantiate use for home repairs per letter of explanation received

*Pending Trustee review of voluminous documents provided to address the following issues: 6) Provide trace and accounting of $450,000 received on 1/8/26 from sale of house, 7) Provide information on possible preference payments made to Amex for $28,880.46 – need bills and proof of payments made, 8) Provide copies of the following bank statements: Crypto Currency account (1/22-4/22/26), 9) Provide copies of the Debtor's 2025-2024 corporate tax returns for Cafe Mahalo, LLC., Hangeleven, LLC. and Dax International Brokers, Inc., 10) Provide completed BDQ, Profit/Loss, Balance Sheet along copies of the following bank statements: #5775 (01/22/26-03/31/26) for Café Mahalo, LLC., 11) Provide completed BDQ, Profit/Loss and Balance Sheet for Hangeleven LLC., 12) Provide copies of checks along with corresponding explanation and*

*I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.*

*Submitted by: NANCY K. NEIDICH, ESQ*
*STANDING CHAPTER 13 TRUSTEE*
*P.O. BOX 279806, MIRAMAR, FL 33027*
*(954) 443-4402*

*evidence of use for the following checks from #7069 for all others over $999.99 (not to include the February checks already provided and explained), 13) Provide explanation and evidence of use of all withdrawals over $999.99 from #7069, 14) Provide completed BDQ, Profit/Loss, Balance Sheet and copies of 3 months pre-petition bank statements for Dax Holdings, Inc., along with the payoff of any liens on 19380 Collins #119, 15) Provide explanation and evidence of use of the following withdrawals from #5806: 03/02 $2500, 16) Provide completed BDQ, Profit/Loss and copies of 3 months pre-petition bank statements for Dax International Brokers, Inc. (filed Chapter 11), 17) Provide copies of checks along with corresponding explanation and evidence of use of all withdrawals from #1544 over $999.99, 18) Provide explanation and evidence of use of the following withdrawals from #1544 for all withdrawals over $999.99 and from #8406: 03/02 $2338.37, 04/01 $1197.70 and 04/17 $1140.60, 19) Provide completed BDQ and Profit/Loss for DAX Group, Corp., 20) Provide explanation and evidence of use of the following withdrawals from #7398: 03/17 $28,133.95, 04/02 $22,374.57, 04/07 $43,936.84 and 04/20 $21,644.57, 21) Provide completed BDQ and Profit/Loss for DAX Franchise, LLC.,*