UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Alejandro A Randazzo

Case No.: 26-15061-PDR
Chapter 13

Debtor /

# CERTIFICATE OF SERVICE

I certify that on October 9, 2026, a true and correct copy of the **Motion to Separately Classify** and the **Notice of Hearing** was served electronically on the following parties:
Electronically: Nancy K. Neidich, Trustee;

I further certify that on October 9, 2026 I served a copy of the foregoing document(s) by U.S. mail on the following parties:

First Class Mail:

Navitas Credit Corp.
Attn: President / Authorized Officer
203 Fort Wade Road, Suite 300
Ponte Vedra, FL 32081

Navitas Credit Corp.
Attn: Leighton Bost, Recovery Manager
201 Executive Center Drive, Suite 100
Columbia, SC 29210

Alejandro A Randazzo
311 Poinciana Island DR,
Sunny Isles Beach, FL 33160

All Creditors on the Matrix

Respectfully submitted:
October 9, 2026

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com