Label Matrix for local noticing
113C-1
Case 26-15061-PDR
Southern District of Florida
Miami
Tue Sep 15 19:24:37 EDT 2026

(p)DOVENMUEHLE MORTGAGE
1 CORPORATE DRIVE SUITE 360
LAKE ZURICH IL 60047-8945

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108-2716

Amerant Bank, N.A.
220 Alhambra Circle
Coral Gables, FL 33134-5174

Amerant Bank, N.A.
Cornerstone One Building
1200 South Pine Island Road
Plantation, FL 33324-4413

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

American Express Travel Related Services
Attn: Bankruptcy
Po Box 981537
El Paso, TX 79998-1537

American Honda Finance
American Honda Finance Corporation, Attn
Po Box 168128
Irving, TX 75016-8128

Amex
American Express Customer Service, Attn:
P.O. Box 981535
El Paso, TX 79998-1535

Amex
Correspondence Bankruptcy
Po Box 981535
El Paso, TX 79998-1535

Amex
CorrespondenceBankruptcy
Po Box 981535
El Paso, TX 79998-1535

(p)AXOS BANK
4350 LA JOLLA VILLAGE DR
SUITE 100
SAN DIEGO CA 92122-1244

(p)BANK OZK
ATTN ATTENTION LEGAL/BANKRUPTCY
P O BOX 8811
LITTLE ROCK AR 72231-8811

Bank of Clarke
Axos Bank, as servicer for Bank of Clark
4350 La Jolla Village Drive, Suite 140
San Diego, CA 92122-1244

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899-8801

Cafe Mahalo
311 Poinciana Island Drive Unit 801
Sunny Isles Beach, FL 33160-4526

Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

(p)CENLAR FSB
425 PHILLIPS BLVD
EWING NJ 08618-1430

(p)CREDIT CONTROL LLC
ATTN CORRESPONDENCE
3300 RIDER TRAIL S
SUITE 500
EARTH CITY MO 63045-1338

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850-5298

Chex Systems, Inc.
ATTN: Bankruptcy Department
PO Box 583399
Minneapolis, MN 55458-3399

Child Support Enforcement
PO Box 8030
Tallahassee, FL 32314-8030

Citibank
Attn: Bankruptcy Department
P.O.Box 790046
St. Louis, MO 63179-0046

Citibank/The Home Depot
Citicorp Cr SrvsCentralized Bankruptcy
Po Box 790046
St Louis, MO 63179-0046

Dax Franchise LLC
4181 W 108 ST.
Suite 1
Hialeah, FL 33018-1294

Dax Group Corp.
3199 W 80th. ST
Hialeah, FL 33018-7278

Dax Holdings INC
3199 W 80 ST
Hialeah, FL 33018-7278

Dax International Brokers, INC
8600 NW S River Dr
#7
Miami, FL 33166-7408

Dax Marketing LLC
4181 W 108 ST.
Suite 1
Hialeah, FL 33018-1294

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Discovercard
Po Box 30939
Salt Lake City, UT 84130-0939

Dovenmuehle/frsthrznbk
1 Corporate Dr
Lake Zurich, IL 60047-8944

(p)EQUIFAX INC
1550 Peachtree Street NE
Atlanta, GA 30309

Experian
Attn: Bankruptcy Dept.
P.O. Box 2002
Allen, TX 75013-2002

Florida Department Of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0110

(p)GREENWOOD CREDIT UNION
ATTN BANKRUPTCY
2700 POST RD
WARWICK RI 02886-3003

Hangeleven LLC
311 Poinciana Island Drive Unit 801
Sunny Isles Beach, FL 33160-4526

(p)U S ATTORNEY'S OFFICE
99 NE 4TH STREET SUITE 300
MIAMI FL 33132-2131

Honorable Merrick Garland
Attorney General
Dept of Justice #4400
950 Pennsylvania Ave NW
Washington, DC 20530-0009

IRS Centralized Bankruptcy
PO Box 7346
Philadelphia, PA 19101-7346

IRS Centralized Bankruptcy Department
PO Box 7346
Philadelphia, PA 19101-7346

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2239

Mercantil
12496 Nw 25 Street
Miami, FL 33182-1505

Mrc/united Wholesale M
Attn: Bankruptcy
P.O. Box 619098
Dallas, TX 75261-9098

(p)NAVITAS CREDIT CORP
ATTN JOYCE MCKULKA
201 EXECUTIVE CENTER DR SUITE 100
COLUMBIA SC 29210-8410

Newrez
Attn: Bankruptcy
P.O.Box 10826
Greenville, SC 29603-0826

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Santander Consumer Usa
Attn: Bankruptcy
Po Box 961211
Fort Worth, TX 76161-0211

Select Portfolio Servicing, Inc
Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165-0250

(p)SOUTH BROWARD HOSPITAL DISTRICT
ATTN D/B/A MEMORIAL HEALTHCARE SYSTEM
3111 STIRLING RD
C/O LEGAL DEPARTMENT
HOLLYWOOD FL 33312-6566

Syncb/Sony Financial
Attn:Bankruptcy
Po Box 965065
Orlando, FL 32896-5065

Synchrony Bank
Attn: Bankruptcy Department
Po Box 965065
Orlando, FL 32896-5065

Synchrony Bank/Care Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/TJX
Attn: Bankruptcy
Po Box 965065
Orlando, FL 32896-5065

(p)TD BANKNORTH NA
70 GRAY ROAD
FALMOUTH ME 04105-2019

Transunion
Attn: Bankruptcy Dept.
P.O. Box 2000
Chester, PA 19016-2000

Volkswagen Credit, Inc
Attn: Bankruptcy
1401 Franklin Blvd.
Libertyville, IL 60048-4460

Alejandro A Randazzo
311 Poinciana Island DR
Sunny Isles Beach, FL 33160-4526

Amerant Bank, N.A c/o J. Ryan Yant
Carlton Fields, P.A.
Post Office Box 3239
Tampa, FL 33601-3239

Jose A Blanco
Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013-1853

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027-9806

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

First Horizon Bank
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047

Axos Bank
Attn: Bankruptcy
Po Box 509127
San Diego, CA 92150

Bank OZK
Attn: Bankruptcy
P.O. Box 8811
Little Rock, AR 72231

Cenlar
Attn: Bankruptcy
425 Phillips Blvd
Newark, NJ 08618

Central Loan Admin & R
425 Phillips Blvd
Ewing, NJ 08618

Department of the Treasury
PO Box 21126
Philadelphia, PA 19114

Equifax
Attn: Bankruptcy Dept.
P.O. Box 740241
Atlanta, GA 30374

(d)First Horizon Bank
Attn: Bankruptcy Dept
1 Corporate Drive, Ste 360
Lake Zurich, IL 60047

Greenwood Credit Union
Attn: Bankruptcy
2669 Post Rd
Warwick, RI 02886

Honorable Markenzy Lapointe
US Attorney for Southern District
99 NE 4 St
Miami, FL 33132

M&T Credit Services
Attn: Bankruptcy
Po Box 844
Buffalo, NY 14240

Macy's/ DSNB
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

Navitas Credit Corp
201 Executive Center Drive Suite 100
COLUMBIA, SC 29210

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

South Broward Hospital District
3111 Stirling Road
Fort Lauderdale, FL 33312

TD Bank, N.A.
Attn: Bankruptcy
1701 Route 70 East
Cherry Hill, NJ 08003

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 62 |
| Bypassed recipients | 1 |
| Total | 63 |