Form ATYHRG (6/01/2026)

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 26−15061−PDR**
**Chapter: 13**

**In re:**
Alejandro A Randazzo
311 Poinciana Island DR
Sunny Isles Beach FL 33160
SSN: XXX−XX−7727

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Peter D. Russin to consider the following:

**[69] Application for Compensation for Jose A Blanco, Attorney−Debtor, Period: 4/22/2026 to 11/3/2026, Fee: $18310, Expenses: $32.28. Filed by Attorney Jose A Blanco (Attachments: # 1 Exhibit A − Retainer # 2 Exhibit B − Time and Expense Sheet Signed) (Blanco, Jose)**

1. This matter has been set on the Court's motion calendar for a non−evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

   **Date: December 01, 2026**
   **Time: 09:00AM**
   **Location: Video Conference by Zoom for Government**

2. The hearing scheduled by this notice will take place only by video conference. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.

3. To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, CLICK HERE or manually enter the following registration link in a browser:

   https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k

4. The movant's attorney (or, if unrepresented, the movant) must serve a copy of this notice on all entities required to receive notice and file a certificate of service as required by Local Rule 9036−2. Failure to serve this notice as directed, or to file a certificate of service, may result in denial of the relief requested.

5. PLEASE NOTE: Photo identification is required to gain entrance to all federal courthouse facilities. Under District Court Administrative Order 2018−79, as amended by District Court Administrative Order 2019−87−A, with certain limited exceptions, electronic devices, including but not limited to cameras, cellular phones (including those with cameras), smart glasses, iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape−recorders, etc., are not permitted in the courtroom, chambers or other environs of this Court. These restrictions (except for cameras not integrated into a cell phone device) do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. A motion seeking to allow a specific person access to the courthouse with a specific electronic device for a specific purpose and period of time may be filed under Local Rule 9013−2(c).

**Dated: 10/20/2026** By: Jose A Blanco