UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Alejandro A Randazzo

Case No.: 26-15061-PDR
Chapter 13

Debtor______________/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Application for Compensation and Notice of Hearing was sent to all parties on the attached service list on October 20, 2026.

Electronically and First Class Mail:

Chapter 13 Trustee Via CM/ECF
Nancy K. Neidich,
PO Box 279806
Hollywood, FL 33027

Assistant US Trustee Via CM/ECF
51 SW 1st Avenue, #1204,
Miami, FL 33130

First Class Mail:
Debtor(s), Alejandro A Randazzo
311 Poinciana Island DR,
Sunny Isles Beach, FL 33160

Respectfully submitted:
October 20, 2026

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com