**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 26-15061-PDR |
| ALEJANDRO A. RANDAZZO, | CHAPTER 13 |
| Debtor. | |

_____________________________________/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that undersigned counsel hereby enters his appearance in the above-captioned case for the United States of America, on behalf of the Internal Revenue Service, pursuant to Rule 9010(b) of the Bankruptcy Rules of Procedure.

The Clerk of this Court is requested to add the name and address of the undersigned to the matrix of creditors prepared in connection with this case.

Respectfully submitted,

**JASON A. REDING QUINONES**
**UNITED STATES ATTORNEY**

BY: *s/ Christian Somodevilla*

CHRISTIAN SOMODEVILLA
Assistant United States Attorney
Florida Bar No. 59539
Christian.Somodevilla@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Telephone: (305) 961-9092
Facsimile: (305) 530 -7139

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 29, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case or via U.S. mail as listed in the below Service List.

**VIA CM/ECF Notice:**

**26-15061-PDR Notice will be electronically mailed to:**

Jose A Blanco eservice@blancopa.com, Blanco.JoseA.R105197@notify.bestcase.com

Neisi I Garcia Ramirez neisi.garciaramirez@brockandscott.com, wbecf@brockandscott.com

Teresa M Hair teresa.hair@brockandscott.com, WBECF@brockandscott.com

Nancy K. Neidich e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

John R Yant ryant@carltonfields.com, epritchett@carltonfields.com

Christian Somodevilla on behalf of Creditor United States of America, Department of Treasury/Internal Revenue Service
Christian.somodevilla@usdoj.gov, Shannon.Patterson@usdoj.gov, Bridgett.Moore@usdoj.gov;

**VIA US MAIL**

American Express National Bank
c/o Zwicker & Associates, P.C.
80 Minuteman Rd
P.O. Box 9043
Andover, MA 01810-1041

/s/*Christian Somodevilla*
CHRISTIAN SOMODEVILLA